Our next case United States v. Zhao, appeal number 23-3366 Mr. Petro and everybody Good morning judge Judges may it please the court June 11th is the first time that the CDC the Center for Disease Control Stated that these vaccination cards were government property The indictment alleges a time frame from March 25th through April 11th 2021 The first time the CDC stated that these cards were government property was two months later Now the important thing to remember about this case The government exerted no control over the kovat vaccinating nation cards once they arrived at Walgreens they didn't care about him and The thing that's important to remember is here that they did care that Walgreens not sell them, correct? well in the in the Contract it says that Walgreens was not allowed to sell ancillary supplies including the cards, right? Well, it doesn't define in the contract this all-important contract that the judge the district court judge and the government seemed to be talking about Ancillary supplies are never ever defined So it says that they can't sell out ancillary supplies But to make a long story short The thing that's so important to understand here is even if you find that mr. Zhao took the cards from Walgreens If it's not government property, it's not a crime in federal court That's the most important concept that I can bring to the court today Once it goes to the third party if they don't exhibit sufficient control over the cards sufficient supervision over the cards Well, that's the property of Walgreens. And if you look at everything that took place in this case It was the property of Walgreens that was at risk here. What's the line there between a Jury argument and a legal argument in other words Now you can certainly argue to the jury that the government didn't exercise sufficient control of the cards such that they weren't government property But what are we supposed to do with that? in other words Where do we draw the line as to the difference between a factual argument for the jury to decide in the legal argument for us? to decide You draw the distinction at the note from the jury. The jury is begging for guidance. What is super? Sufficient supervision and control and The judge refuses to divine super rich sufficient supervision and control. He has this wonderful case Osborne where a judge copiously goes through all the cases in the United States and gives factors as to what he can consider is super Sufficient supervision and control and he refuses to give the jury guidance. Wasn't that consistent with the Instruction conferences before the jury went out The well I want to talk about that There is discussion. We have a very horrible instruction provided by the government which basically says and I have it right here The government wanted an instruction that said if the government furnished the property then he's guilty The instruction that the defense proposes is were you quoting there? Well, it's a I'm page 14 of my brief it means all property owned leased by the government government property includes both government furnished property Contracted acquired property that was a very very Bad instruction and in my opinion not legally accurate the instruction conference So but the judge gave your proposed instruction, right? He did but he gave it with conditions and the condition was judge judge. Shaw knew And he talks about it. They're going to ask a question about what sufficient supervision and control is And this is where it goes off the rails in my opinion as a trial lawyer And I don't know if you all were trial lawyers I know judge Kirsch was a trial lawyer, but this is where it goes off the rails. Is that The defense is given this instruction supervision and control or a very very horrible It was kind of like if you don't take this, it's not either or right. I thought it was in Opinion it was you either take this condition and we're not going to define sufficient supervision and control Or you take this other one and I don't think under those circumstances. It's fair He's worried about the jury asking about sufficient supervision and control They get the note and he says I'm not answering them Even though I've told them since the second I got in here I determined the law you determine the facts you leave the law to me They say well, what's the law on this? and He says we can't tell you what the law is It's for you to figure out Mr. Mr. Peter didn't the defense agree to that though at trial? I mean I Might my concern here is even if we agree with your position on what the judge should have done with sufficient control There's a theory I mean the defendant would be good with that instruction the defendant could get up and walk around the courtroom and say look the government Has improved sufficient control if the judge instructed the jury on what was sufficient control in this case There's the risk that the jury convicts the defendant in five minutes. There's a risk. There's a risk, but here That there's a conference where the judge says we've got this instruction sufficient Control or however, they caught and then the jury asks a note and I think the defense said no We're good with the original instruction. We want to we want the jury to make that determination Well, that's where the trial goes off the rails because if we look at the factors in Osborne That's either really really bad lawyering by the defense Or it's a derogation of duty by the judge I mean if you look at Osborne, and I can show you on page 8 of my reply brief The first factor is did the government retain a reversionary interest in the funds the money They had no reversionary interest. There was no way or mechanism that these cards could be given back Did the government impose internal controls like record-keeping requirements? There were no record-keeping Requirements for these cards there was no maintenance requirements for these cards There was no records at all They didn't have to log the cards in and log the cards out. But the thing I want to stress that's most important There are two things that I want to really really stress here There were no rules regarding giving blank cards away if Someone came up to the counter and said I need to write down a phone number Do you have something I can write on the farmers kids could say well here write it down on this blank COVID Vaccination card because there's no rules regarding giving this card away The other thing is that's really really important because I know the government's going to talk about all this training that supposedly mr. Zhao we see the training in this particular case came from a playbook a playbook that was created by Walgreens Without input from the CDC Without input from the CDC. So all employee conduct in this particular case was determined by a document that was created by Walgreens and the reason why this is important is because It's Walgreens property and remember if it's Walgreens property Then even if you find that Zhao took the cards, it's not a federal crime It has to be government property. They have to supervise and control this property. I Thought I thought at trial the theory was that this was abandoned not that it belonged to Walgreens Well, it was abandoned if it there's no doubt and I want to make sure I draw that out for you Abandoned means that when the cards were produced by McKesson Everyone came in and stated that look Once the government paid McKesson, it was government property But everyone and this is where it gets really confusing at the trial all these people from McKesson get up and testify that it was Government property, but they're very very clear. It's government property until we put it on the dock at Walgreens Once it goes to the dock at Walgreens, then there's a contract between Walgreens and the CDC controls we're out So it's tag. You're it So the only period of time that's necessary and important in this case is once the cards get to Walgreens Did the government exhibit sufficient supervision and control and the reason why this whole thing regarding? Sufficiency is so important failure to instruct failure to tell the jury what factors they should and shouldn't consider if You look at judge Shaw's ruling the only thing that he seems to think is important is that there's a contract that they could terminate the contract if Walgreens and That's just one factor in Osborne and one very very very down toward the bottom factor The primary thing is reversionary interest did Walgreens want the cards back and They didn't you mean the government the government did the government want the cards back from Walgreens? There was no mechanism to return the cards In the end, I think the bad thing about this case is The judge kind of doesn't help the jury when they need to be helped Can you can you point us to cases where we've reversed for Similar decisions not to answer a jury's questions Particularly where you've got agreed instructions Say that again, sir Can you point us to precedents in which we have reversed for a judge's? decision not to answer a jury's question I Could provide supplemental briefing if the court do I have it with me? I do not it's not in your brief. So, okay In the end, I think that this is a bad trial It's a bad trial because one of the elements was is they have to prove that? Zhao stole these cards the judge gives two instructions that say that he did steal the cards and Then this whole thing regarding sufficiency I just want to point the case to United States versus Gann which is in my brief failure to instruct as to an essential element of a crime is a serious matter and In this particular case, there's a reasonable probability if they would have had these Osborne factors There's a reasonable probability that the outcome would have been different Did the defense ask for such an instruction they did not they asked for what they could get May I reserve please? Yes, of course. Okay, mr. No Thank you, your honor may it please the court Andrew no on behalf of the United States at Now's trial for the theft of more than 600 genuine kovat 19 vaccination cards Which is our soul for thousands of dollars on eBay the sole contested element was whether these cards were United States government property the evidence amply Demonstrated that the cards remain government property at the time that Zhao stole them from the Walgreens pharmacy at which he worked And because the evidence was sufficient for the jury to convict him on 12 counts of theft of government property and because his forfeited and waived Instructional claims lack merit. This court should affirm the convictions Let me start with the court's response to the jury notes I want to clarify this precise record with respect to that jury instruction about sufficient Sufficient supervision and control and such Hamilton pointed out and this is on pages 703 to 709 of the trial transcript It was the defense who requested that precise instruction about sufficient supervision and control and requested it without any further Elaboration or any requests at the district court provide specific elements or specific Considerations for the jury to decide it was the judge who raised the concern that the jury might come back and ask questions about what? Does that mean and the judge then specifically asked the parties whether they would be or the defense whether he would be comfortable with the court? giving the response that that Instruction and if the jury came back with the question say that is for you to decide and this is on page 709 of the transcript The defense said yes the jury perhaps predictably then did come back with that very question and this again is on pages 842 to 843 of the sentencing transcript and At that point the defense said we discussed this yesterday at the charge conference The defense did not even at that point once the jury asked the question then say judge I think you need to give further instruction all parties agreed we discussed it the day before and then the judge gave two alternative responses and the Defense specifically said we prefer the second response Definitely and the judge asked is there any concern with providing that response and the defense nodded? No or nodded? Yes, we agree with that response So we think this error if any error and I can explain why we don't think there was error at all Is invited and waived and so just is not reviewable here on appeal now I do want to say we cite both the buyer-seller instruction and discussion in this court's pattern jury instructions And I think this court's pattern with respect to section 924 C and the in furtherance element as well makes the same point There are a number of contexts where this court's case law provides a set of competing factors That might be weighed in any particular case in order to determine whether an element is met But often this court has said it is within the district court's discretion to give the jury a more generalized Instruction that the jury can understand and leave it to the party's closing arguments and the discussion throughout trial To shed light on the factors that might actually be relevant in a particular case and that's I think precisely what the court did here So there was certainly no error much less plain error. If you think it isn't waived and forfeited I mean waived and invited of course, we're here at most on plain error and the defense hasn't pointed to any Any you know case law from this court that would require or compel the court to provide mr. No, you were referring to the The buy sell instruction is an example of that. What was the other one? Section 924 C which requires that a gun be possessed in furtherance of and I'll just point you to page 384 of this court's pattern where It makes the same observation that this court has said The court should generally give a more general instruction and leave it to the parties to you know, kind of hash out With respect to the sufficiency issue your honors. I just want to make a few quick points We think the trial evidence particularly the clear provider agreement and all of the qualifications that came with Walgreens participation in the vaccine program Was you know predominantly the bulk of the evidence that went to the supervision and control the government maintained and the district court walked through this And it's post trial order I mean, I'll point out at page two It said there was evidence that Walgreens who was prohibited from giving out blank cards And I think the jury could credit the evidence from Brianca Marshall. For example, who was mr Zell supervisor from David Stauffer who was the Walgreens director of immunizations and from the store manager Jim Krakus all of whom said we weren't In the business of giving out blank cards. And in fact, we understood the provider agreement to prohibit it With respect to whether the provider agreement was specific to use of the vaccination cards I will just point this court specifically to transcript pages 281 and 82 where the contract makes clear that the Provider is prohibited from selling or seeking reimbursement of quote the ancillary supplies that the federal government provides at no cost The cards were provided at no cost and then page 281 also refers to other parts of the contract that referenced the vaccine shipments Would include vaccination cards So it was clear from the whole sum of the agreement that the vaccination cards among with along with all of the other ancillary supplies were a category of supplies that the That the provider was prohibited from selling or seeking reimbursement for if if we were talking here not about Blank vaccination cards, but Federal Reserve notes cash. Do you think this evidence would have been sufficient to show it was still the government's? So I I think perhaps I'd have to know a lot more about the Federal Reserve System because this court in Christophic, of course I'm sorry just the cash in my wallet So I think if the cash has made its way to the you know You an individual and it's outside the banking system. That is now the property of that individual I think the question in all the funding cases For example that the district court drew on is what the controls are at the particular time the third party who is you know Distributing the funds further has in place I do think that if if this were a case in which cash was given to Walgreens that was intended for a third party I do think if the same, you know Agreement said you can't I guess sell or give away the cash outside these particular confines I think that would be sufficient given the control that was in place here I also want to make the point about the reversionary interest because in Wheaton this court made very clear that a reversionary interest is not Necessarily required it's strong evidence But not required to show the government has a property interest and I think in this case the Walgreens was operating specifically, you know in the role of a consignee a distributor who's distributing a good to third parties and I think you can think of Circumstances in which a perishable good or medicine or food might be distributed by a third party but there might not be a reversionary interest because You know, there's a question about the quality of the goods or the government just doesn't need it back to the vaccine itself Was Walgreens in fact a consignee. I think as well consignee for for all both the vaccine and the ancillary goods At least with respect to the ones that were going to third parties So both the vaccine itself was injected into a patient and the card as well And they were legally considered a consignee with respect to the vaccine I guess what I would say is that's the closest analog I'm giving you your honor as to a property a kind of a property contract we can think of under property law I don't know with respect to whether that's like the legal position Walgreens was in but I just want to say that I think To the extent you're looking for a property law analog to how Walgreens was acting vis-a-vis the government I'm surprised that the government Hasn't taken a position on the legal status of the vaccine because I think the ancillary Equipment and everything else would follow If if the government owned the vaccine the government to be very clear under the government did own the vaccine There was a say what the government did own the vaccine that was clear from both the contract itself and an update that was made I believe in February 2021 where the CDC then clarified in light of concerns about Individuals perhaps stealing the vaccine itself that the vaccine was government property at all times until it reached the end user I think that was quite clear and in fact uncontested by the defense at trial The question then became what about the cards and I think our position is just that the sole of the full body of the evidence Particularly when viewed in the light most favorable to the jury verdict as this court must on a sufficiency challenge As judge You know Shaw walked through in his order all the emphasis the jury could have made weighed very heavily in favor of a five-minute Try to remain government Walgreens job was to give the vaccine and to give the car to the patient. All right. That's right Okay end of case We think so your honor We think that's very clear given the whole set of circumstances and that any kind of loose controls that the defendant we obviously dispute that Factual Arguments he's making about those but I think the jury could weigh that evidence and find that the control here was sufficient Irrespective of any kind of lack of record-keeping or other things. You might expect some programs would have Unless the court has further questions. We're happy to rest on our brief and ask that you affirm the convictions Thank you Petra I'm having difficulty with your argument take in light of my colloquy with your friend on the other side It seems to me that we're you're trying to have us look at how many angels dance on the head of a pen here I mean the we walked into Walgreens and the government was giving you a vaccine and a card to prove you had period May I please? June 11th is when they say that it's government property. They knew how to do this The masks were the first part of the case the mask came out and they said in January People were selling the masks that were provided by the government Those are government property and then the vaccines because they have this notice about the back of masks When they release the vaccine in February They say well We better be careful here because people are going to take this vaccine and they're going to sell it for big money because people wanted the vaccine people were dying people were getting sick and So they put when they released the vaccine that it was government property This case is different. These ancillary products were not this they were not Laid out in the contract Mr. Zhao's not a party to the contract. The playbook was created by Walgreens The lady's saying we're never even thought people would Brianca Marsha I mean, um, the the lady from the CDC Michelle Banks says we didn't anticipate that anyone would want to buy one of these cards But they don't say it until the Washington Post writes an article a month after the charged conduct in this case Oh, by the way, these cards are now government property and it sounds like X post facto Application of the law and I just want to say the the second jury note I want to say I'm gonna tell get your heart streak. The second jury note said this case is extraneous Irrelevant and The whole thing is we can go into waiver and forfeiture and all these other issues But how hard do we want to work to convict a good man? Mr. Zhao's in court He's a father a husband a pharmacist. He can't be a pharmacist anymore. He's still paying his student loans for pharmacy school How hard do we want to work when two months after the fact they finally tell the world and mr Zhao that these cards are government property Is it correct counsel that there's evidence that he tried to conceal his identity when selling these cards I'm not sure about that There is a number of handles that were used on Accounts But I don't think he'd made any attempt to conceal his identity Thank you Thank you, mr. Petro, thank you, but to both counsel the case will be taken under advisement